**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MAYER, JAMERSON R         § Case No. 13-84123
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $53,859.00                    Assets Exempt: $13,859.00
(without deducting any secured claims)

Total Distribution to Claimants: $3,198.34      Claims Discharged
                                                Without Payment: $4,996.31

Total Expenses of Administration: $2,801.66
```

3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $43,037.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,801.66 | 2,801.66 | 2,801.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 6,386.00 | 3,811.65 | 3,811.65 | 3,198.34 |
| **TOTAL DISBURSEMENTS** | $49,423.00 | $6,613.31 | $6,613.31 | $6,000.00 |

4) This case was originally filed under Chapter 7 on December 12, 2013. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2015          By: /s/JOSEPH D. OLSEN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6280 Best Rd, Pecatonica, IL 1/4 owner with 3 sib | 1110-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nw Bank Rkfd | 4110-000 | 43,037.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$43,037.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 39.66 | 39.66 | 39.66 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,352.00 | 1,352.00 | 1,352.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $2,801.66 | $2,801.66 | $2,801.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 0.00 | 639.06 | 639.06 | 536.23 |
| 2 | Rockford Mercantile | 7100-000 | 2,003.00 | 3,172.59 | 3,172.59 | 2,662.11 |
| NOTFILED | Choice Recovery | 7100-000 | 340.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection S | 7100-000 | 545.00 | N/A | N/A | 0.00 |
| NOTFILED | Cb Accts Inc | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Acct Rcv Svc | 7100-000 | 499.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Collectors, Inc. | 7100-000 | 369.00 | N/A | N/A | 0.00 |
| NOTFILED | Brian Larkin | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,386.00 | $3,811.65 | $3,811.65 | $3,198.34 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-84123  
**Case Name:** MAYER, JAMERSON R  

**Period Ending:** 04/10/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/12/13 (f)  
**§341(a) Meeting Date:** 01/16/14  
**Claims Bar Date:** 06/12/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 321 E 5th St Pecatonica,IL | 40,000.00 | 0.00 | | 0.00 | FA |
| 2 | 6280 Best Rd, Pecatonica,IL 1/4 owner with 3 sib | 1,500.00 | 6,000.00 | | 6,000.00 | 0.00 |
| 3 | CHecking account with State Bank of Davis | 200.00 | 0.00 | | 0.00 | FA |
| 4 | household goods misc personal items | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | necessary wearing apparel | 450.00 | 0.00 | | 0.00 | FA |
| 6 | watch | 50.00 | 0.00 | | 0.00 | FA |
| 7 | employer provided term life policy - no cash val | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 401K with employer | 10,659.00 | 0.00 | | 0.00 | FA |
| 9 | 1995 Dodge B2500 Carrall Van | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$55,359.00** | **$6,000.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtor had seriously under valued some real estate he owned as an inheritance with his parents. Approximately $4,000.00 in claims were filed by creditors. The Trustee made a compromise with the Debtor to pay off the unsecured creditors in full and hopefully the administrative costs. The Trustee is collecting payments on the compromise. Should be completed by 1/31/15 and the final report shall be filed shortly thereafter.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2015          **Current Projected Date Of Final Report (TFR):**    January 23, 2015  (Actual)

Printed: 04/10/2015 01:21 PM    V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-84123 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MAYER, JAMERSON R | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3966 - Checking Account |
| Taxpayer ID #: | **-***5519 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 04/10/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/03/14 | {2} | Jamerson R. Mayer | pymt on 1/4 interest in farmland | 1110-000 | 2,000.00 | | 2,000.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,990.00 |
| 08/19/14 | {2} | Jamerson R. Mayer | monthly pymt. | 1110-000 | 500.00 | | 2,490.00 |
| 08/28/14 | {2} | Jamerson R. Mayer | mo. pymt re: Asset #2 | 1110-000 | 500.00 | | 2,990.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,980.00 |
| 09/25/14 | {2} | Jamerson R. Mayer | mo. pymt. | 1110-000 | 500.00 | | 3,480.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,470.00 |
| 10/21/14 | {2} | Jamerson Mayer | mo. pymt. | 1110-000 | 500.00 | | 3,970.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,960.00 |
| 11/20/14 | {2} | Jamerson R. Mayer | mo. pymt | 1110-000 | 500.00 | | 4,460.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,450.00 |
| 12/22/14 | {2} | Jamerson R. Mayer | mo. pymt in interest in farmland | 1110-000 | 500.00 | | 4,950.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,940.00 |
| 01/20/15 | {2} | Jamerson R. Mayer | final pymt. - | 1110-000 | 1,000.00 | | 5,940.00 |
| 03/05/15 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,352.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,352.00 | 4,588.00 |
| 03/05/15 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,350.00, Trustee Compensation;  Reference: | 2100-000 | | 1,350.00 | 3,238.00 |
| 03/05/15 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $39.66, Trustee Expenses;  Reference: | 2200-000 | | 39.66 | 3,198.34 |
| 03/05/15 | 104 | Quantum3 Group LLC as agent for | Dividend paid  83.90% on $639.06; Claim# 1; Filed: $639.06; Reference: | 7100-000 | | 536.23 | 2,662.11 |
| 03/05/15 | 105 | Rockford Mercantile | Dividend paid  83.90% on $3,172.59; Claim# 2; Filed: $3,172.59; Reference: | 7100-000 | | 2,662.11 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,000.00 | 6,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.00 | 6,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$6,000.00** | |

{} Asset reference(s)

Printed: 04/10/2015 01:21 PM    V.13.21

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-84123 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MAYER, JAMERSON R | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3966 - Checking Account |
| **Taxpayer ID #:** **-***5519 | **Blanket Bond:** $820,095.60  (per case limit) |
| **Period Ending:** 04/10/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 6,000.00 | | | | |
| | | Net Estate : | $6,000.00 | | | | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******3966** | | 6,000.00 | 6,000.00 | 0.00 |
| | | $6,000.00 | $6,000.00 | $0.00 |

{} Asset reference(s)    Printed: 04/10/2015 01:21 PM    V.13.21